## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

In Re:  
MICHAEL L REDMON  
721 STEINER AVE  
KENTON, OH  433262141  

CONNIE C REDMON  
33064 STATE RT 31  
W MANSFIELD, OH  43358  

SSN(S):   XXX-XX-2238  
          XXX-XX-1085  

Case No:   05-50766  

Judge:   CHARLES M. CALDWELL  

### NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS

Now comes Frank M. Pees, Standing Chapter 13 Trustee herein, and pursuant to

11 U.S.C. 347(a) and Bankruptcy Rule 3011, places unclaimed funds into the Registry

Fund.

Dated:   January 25, 2010

/s/ Frank M. Pees  
Frank M. Pees  
Chapter 13 Trustee

| **Name and Address** | **Amount** |
|---|---|
| MICHAEL L REDMON & CONNIE C REDMON<br>721 STEINER AVE<br>KENTON, OH  433262141 | 0.92 |